No. 26-6269

In the
United States Court of Appeals
for the Ninth Circuit

VALVE CORPORATION,

*Petitioner-Appellee,*

v.

GREGORY FISH ET AL.,

*Respondents-Appellants.*

On Appeal from the United States District Court for the Western District of Washington, Case No. 24-cv-1717
Hon. Jamal N. Whitehead, *United States District Judge*

# VALVE CORPORATION'S MOTION TO HOLD APPEAL IN ABEYANCE

Shay Dvoretzky
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

Michael W. McTigue, Jr.
Meredith C. Slawe
Shaud G. Tavakoli
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

Parker Rider-Longmaid
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston St.
Boston, MA 02116

Blake Marks-Dias
CORR CRONIN LLP
1015 Second Ave., Fl. 10
Seattle, WA 98104

*Counsel for Petitioner-Appellee Valve Corporation*

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Petitioner-Appellee Valve Corporation states that it has no parent company, and no publicly held corporation or other publicly held entity owns 10% or more of Valve Corporation's stock.

# VALVE CORPORATION'S
# MOTION TO HOLD APPEAL IN ABEYANCE

Appellee Valve Corporation respectfully moves the Court to hold this appeal in abeyance pending resolution of *Valve Corporation v. Users of Valve's Video Game Platform, Steam*, No. 26-6092 (9th Cir.) (*Users*). The Court recently placed six appeals into abeyance pending issuance of its mandate in *Users*. *See* Order, *Valve Corporation v. Fish*, No. 26-5475 (Oct. 7, 2026); Order, *Valve Corporation v. Lucas*, No. 26-5477 (Oct. 7, 2026); Order, *Valve Corporation v. Graber*, No. 26-5509 (Oct. 6, 2026); Order, *Valve Corporation v. Lefebvre*, No. 26-5539 (Oct. 6, 2026); Order, *Valve Corporation v. Birenbaum*, No. 26-5662 (Oct. 7, 2026); Order, *Valve Corporation v. Vicente*, No. 26-5668 (Oct. 7, 2026). Those six appeals concern the district court's decision to vacate arbitral awards. This appeal arises from the district court's denial of Appellants' motions to confirm those same arbitral awards (which the district court instead vacated). This appeal is thus inseparable from the six appeals that the Court has already put in abeyance, and should likewise be placed in abeyance. *See, e.g.*, Opening Br. 78, Form 17, *Fish*, No. 26-5475 (Oct. 5, 2026). Indeed, the opening briefs filed in several of those six appeals rest on and defend the district court order on appeal in *Users*. *See* Opening Br. 50-56, *Fish*, No. 26-

5475 (Oct. 5, 2026); Opening Br. 52-57, *Lucas*, No. 26-544 (Oct. 5, 2026); Opening Br. 52-57, *Graber*, No. 26-5509 (Oct. 5, 2026).

Counsel for Valve has conferred with counsel for Appellants. Counsel for Appellants state that they cannot take a position on this motion until they decide whether to file motions for reconsideration of the abeyance orders in the six appeals discussed above.

**CONCLUSION**

The Court should hold this case in abeyance pending its decision in *Valve Corporation v. Users of Valve's Video Game Platform, Steam*, No. 26-6092.

Dated: October 13, 2026

Respectfully submitted,

/s/ Shay Dvoretzky

Shay Dvoretzky
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

Parker Rider-Longmaid
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston St.
Boston, MA 02116

Michael W. McTigue, Jr.
Meredith C. Slawe
Shaud G. Tavakoli
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

Blake Marks-Dias
CORR CRONIN LLP
1015 Second Ave., Fl. 10
Seattle, WA 98104

*Counsel for Petitioner-Appellee Valve Corporation*

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) and the page limitation of Circuit Rule 27-1(1)(d) because the motion does not exceed 20 pages and, as calculated by Microsoft Word, it contain 304 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f); and (2) this motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky

*Counsel for Petitioner-Appellee Valve Corporation*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(b) and Circuit Rule 25-5(g)(1), I hereby certify that on October 13, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that all participants in the case are registered ACMS users and that the ACMS system will accomplish service.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky

*Counsel for Petitioner-Appellee*
*Valve Corporation*