UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VALVE CORPORATION,

Petitioner - Appellee,

v.

GREGORY FISH; et al.,

Respondents - Appellants,

NON-APPEALING RESPONDENTS IN VALVE V. FISH,

Respondents.

No. 26-6269

D.C. No.
2:24-cv-01717-JNW
Western District of Washington,
Seattle

ORDER

The motion (Docket Entry No. 17) to stay appellate proceedings is denied.

The existing briefing schedule remains in effect. The court will determine whether and when to calendar this appeal after briefing is complete.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT